

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-09-00403-CV

**THE CITY OF SAN ANTONIO**
Appellant/Cross-Appellee

v.

**KOPPLOW DEVELOPMENT, INC**.
Appellee/Cross-Appellant

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-08167
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On March 21, 2014, the appellant/cross-appellee City of San Antonio filed a motion for rehearing and a motion for en banc reconsideration. The Court requests that the appellee/cross-appellant Kopplow Development, Inc. file a response pertaining only to the second argument on rehearing on or before June 18, 2014. *See* TEX. R. APP. P. 49.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court